Dismissed and Memorandum Opinion filed March 26, 2009








Dismissed
and Memorandum Opinion filed March 26, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00215-CV

____________

 

JOSEPH KETANER, Appellant

 

V.

 

MARIE KETANER, Appellee

 



 

On Appeal from the
309th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-76347

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 19, 2008.  On March 16, 2009, appellant
filed a motion to dismiss the appeal because the trial court granted appellant=s motion for new trial.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Yates, Guzman, and Sullivan.